UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re: Tonia Barbettini, Debtor.
Case No.: 25-34661-KLP
Chapter 13

Tonia Barbettini, Plaintiff,

v.

U.S. National Bank Assoc and LOGS Legal Group LLP, Defendants.
Adversary Proceeding No.: (To be assigned by Clerk)

NOTICE OF REMOVAL OF PENDING STATE COURT ACTION

NOW COMES the Plaintiff/Debtor, Tonia Barbettini, proceeding pro se, pursuant to 28 U.S.C. Section 1452 and Federal Rule of Bankruptcy Procedure 9027, and hereby files this Notice of Removal to remove a civil action currently pending in the General District Court for the County of Chesterfield, Virginia, into the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division. In support of this Notice, Plaintiff states as follows:

1. On November 2Ø 2025, Debtor filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, assigned Case No. 25-34661-KLP.

2. At the time of this filing, there is an active eviction/unlawful detainer action pending against the Debtor in the General District Court for the County of Chesterfield, Virginia, styled U.S. National Bank v. Charles Barbettini / Tonia Barbettini.

3. Pursuant to 28 U.S.C. Section 1452(a), a party may remove any claim or cause of action in a civil action to the district court for the district where such civil action is pending, if such district court has jurisdiction of such claim or cause of action under 28 U.S.C. Section 1334.

4. The Bankruptcy Court has subject-matter jurisdiction over this removed action pursuant to 28 U.S.C. Sections 1334 and 157, as this matter directly affects the property of the bankruptcy estate, namely the Debtor's primary residence located at 7812 Little Ridge Court, Chesterfield, VA 23832. This is a core proceeding under 28 U.S.C. Section 157(b)(2).

5. This Notice of Removal is timely filed pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(2) because the underlying state court civil action has not yet gone to final judgment and an active trial is scheduled for June 4, 2026.

6. Pursuant to Federal Rule of Bankruptcy Procedure 9027(a)(1), a copy of the state court summons and docket sheet is being retrieved from the state court and will be promptly filed as a supplement to this record.

7. Concurrently with the filing of this Notice of Removal, Plaintiff is filing a First Amended Adversary Complaint to address underlying fraudulent misrepresentations regarding the purported foreclosure of the property, as well as an Application to Impose a Retroactive Stay.

8. Written notice of this removal will be filed promptly with the Clerk of the General District Court for the County of Chesterfield, Virginia, and served upon counsel for the Defendants pursuant to Federal Rule of Bankruptcy Procedure 9027(c).

WHEREFORE, Plaintiff respectfully requests that the civil action pending in the state court be removed to this Court as an Adversary Proceeding.

Dated: June 3, 2026
Respectfully submitted,

Tonia Barbettini, Plaintiff pro se
7812 Little Ridge Court
Chesterfield, VA 23832
(804) 974-4807
Tonia.barbettini@gmail.com